IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOIARIB NEGRON SANTIAGO
                    DEBTORS

CASE NUM.: 11-00729 SEK

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 2/3/2011.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 3 day of February, 2011.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/S/MARILYN VALDES ORTEGA**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **11-00729-SEK**

**NEGRON SANTIAGO, JOIARIB**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: | ☑ AMENDED PLAN DATED: **2/03/2011** |
|---|---|
| ☐ PRE ☐ POST-CONFIRMATION | Filed by: ☑ Debtor ☐ Trustee ☐ Other |

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **500.00** x **60** = $ **30,000.00** <br> $ x = $ <br> $ x = $ <br> $ x = $ <br> $ x = $ <br> TOTAL: $ **30,000.00** <br><br> Additional Payments: <br> $ to be paid as a LUMP SUM <br> within with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br><br><br> ☐ Other: <br><br><br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ x = $ <br><br> PROPOSED BASE: $ **30,000.00** | A. ADEQUATE PROTECTION PAYMENTS OR $ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☑ Trustee pays secured ARREARS: <br> Cr. **BANCO POPULAR D** Cr. Cr. <br> # **5318** # # <br> $ **1,969.67** $ $ <br> 2. ☑ Trustee pays IN FULL Secured Claims: <br> Cr. **RELIABLE FINANCI**/ Cr. Cr. <br> # **5265** # # <br> $ **5,735.40** $ $ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. Cr. Cr. <br> # # # <br> $ $ $ <br> 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: <br><br> 5. ☐ Other: <br><br> 6. ☑ Debtor otherwise maintains regular payments directly to: <br> **BANCO POPULAR D** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. |
| III. ATTORNEY'S FEES <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee <br> Disclosure Statement: $ **2,745.00** | 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: <br> ☐ Paid 100% / ☐ Other: <br> Cr. Cr. Cr. <br> # # # <br> $ $ $ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ JOIARIB NEGRON SANTIAGO** <br> Debtor <br><br><br><br> Joint Debtor | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) <br> **See Continuation Sheet** |

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**   Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE NEGRON SANTIAGO, JOIARIB         Case No. 11-00729-SEK
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.

ADEQUATE PROTECTION PAYMENT TO RELIABLE ACCOUNT ENDING NUMBER 5265 UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO RELIABLE ACCOUNT ENDING NUMBER 5265 THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $1,000.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON OCTOBER 2010.

DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF BBVA ACCOUNT ENDING # 6821 VEHICLE IN POSSESSION OF THIRD PARTY CARLOS M CUEVAS PO BOX 4068 HC-72, NARANJITO PR 00719

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| NEGRON SANTIAGO JOIARIB<br>HC 2 BOX 50979<br>COMERIO PR 00782 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902 | NCO FINANCIAL SYSTEMS OF PR INC<br>PO BOX 192478<br>HATO REY PR 00918 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | RELIABLE FINANCIAL SERVICES<br>9615 AVE LOS ROMEROS SUITE 1100<br>URB MONTEHIEDRA<br>SAN JUAN PR 00926 |
| AMERICAN EXPRESS<br>PO BOX 360001<br>FT LAUDERDALE FL 33336-0001 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | RG PREMIER BANK<br>PO BOX 2510<br>GUAYNABO PR 00970-2510 |
| BANCO POPULAR DE PR<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 | GAP<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | UNIVERSAL FIDELITY LP<br>PO BOX 941911<br>HOUSTON TX 77094-8911 |
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | GE MONEY BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0004 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ PR 00681-1180 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | GE MONEY BANK<br>PO BOX 103104<br>ROSWELL GA 30076 | |
| BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON DE 19884 | HECTOR H COLON ATIENZA<br>PO BOX 21382<br>SAN JUAN PR 00928 | |
| BBVA BANCO<br>PO BOX 71113<br>SAN JUAN PR 00936-1113 | INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG ROOM 1014<br>2 PONCE DE LEON AVE STOP 27 1/2<br>SAN JUAN PR 00918-1693 | |
| CITICORP CREDIT SERVICES INC<br>PO BOX 140310<br>TOLEDO OH 43614 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | |
| CITIFINANCIAL RETAIL SERVICES DE PR<br>PO BOX 22066<br>TEMPE AZ 85285-2066 | NCO FINANCIAL SYSTEMS<br>PO BOX 15889<br>WILMINGTON DE 19850-5889 | |