**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

CASE NO. 11-00729 SEK

JOIARIB NEGRON SANTIAGO

Chapter 13

XXX-XX-7173

FILED & ENTERED ON 02/04/2011

Debtor

---

### NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On February 3, 2011, debtor filed a motion for continuation of the automatic stay as to debtor (docket #7). In accordance with Local Bankruptcy Rules 4001-5, if an objection is timely filed, a hearing will be held on FEBRUARY 24, 2011 at 9:00 A.M. at US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 1 SECOND FLOOR, SAN JUAN, PR. If no objection is filed, the hearing may be vacated.

San Juan, Puerto Rico, this 4 day of February, 2011.


VANESSA ORTIZ-RENTAS

Deputy Clerk

Cc: All creditors